# ATTACHMENT A

### LIST OF DEFENDANTS

**Case:** Shane Edward Sipe v. Las Vegas Metropolitan Police Department, et al.



---

### DEFENDANTS:

1. **Las Vegas Metropolitan Police Department (LVMPD)**
   Political subdivision of the State of Nevada

2. **Clark County, Nevada**
   Political subdivision of the State of Nevada

3. **Scott Ciecko**
   Badge #17043
   LVMPD Police Officer

4. **Jeffrey Rivera**
   Badge #16794
   LVMPD Police Officer

5. **Raymond Hall**
   Badge #10070
   LVMPD Detective

6. **Ammon Peacock**
   Badge #14309
   LVMPD Supervising Police Officer

7. **Ty Kekoa Vesperas**
   Badge #15240
   LVMPD Police Officer

8. **Fernando Perez**
   Badge #15496
   LVMPD Police Officer

9. **Kevin Moss**
   Badge #16816
   LVMPD Police Officer

10. **Donald Sutton**

    Badge #15153

    LVMPD Police Officer

11. **Matthew Campbell**

    Badge #6959

    LVMPD Detective

12. **Jason Hanson**

    Badge #8380

    LVMPD Detective

13. **Christopher Barba**

    Badge #9629

    Probation Officer (LVMPD or Clark County)

14. **[First Name Unknown] Camp**

    Badge Number Unknown

    LVMPD Police Officer

15. **[First Name Unknown] Morris**

    Badge Number Unknown

    LVMPD Police Officer

16. **[First Name Unknown] Tonge**

    Badge Number Unknown

    LVMPD Police Officer

17. **Junior Lopez**

    Badge #15051

    LVMPD Detective, Financial Crimes Section

18. **Does 1-20**

    Additional LVMPD officers, detectives, supervisors, and employees whose identities are currently unknown

---

**All individual defendants sued in their individual and official capacities.**

**Date:** January 9, 2026

**Submitted by:**

Shane Edward Sipe, Pro Se

3925 Six Gun Rd

North Las Vegas, NV 89032

702-372-4022

Shane_sipe@outlook.com