**ATTACHMENT TO LONG FORM IFP APPLICATION (AO 239)    Page 1 of 2**
Plaintiff: **Shane Edward Sipe**
Case No.: **2:26-cv-00060-GMN-MDC**

Plaintiff is currently destitute and lacks the financial means to provide for basic necessities of life. Plaintiff has no income, no savings, and no stable housing. Basic needs such as food are met through charitable resources and occasional assistance from others. Plaintiff is currently homeless and does not maintain a permanent residence. The address listed is a mailing address used for receiving court correspondence with permission of property owner.
Because Plaintiff is unable to meet even basic living needs, payment of the filing fee would be impossible and would further deprive Plaintiff of the minimal resources necessary for survival.

**Question 1 - Income**
Plaintiff has no regular source of income.  Plaintiff has been unemployed for more than two years and does not receive wages, benefits, or financial support.  Plaintiff previously received Supplemental Nutrition Assistance (SNAP) benefits, which have recently been discontinued. Plaintiff does not currently receive any public assistance. If such benefits are reinstated, they would be limited and insufficient to cover basic living expenses.

**Question 2 -Employment History**
The form requests employment history for the past two years, during which Plaintiff has been unemployed. Prior to the events described in the complaint, Plaintiff had a history of stable employment and financial self-sufficiency.

**Question 3 - Spouse's Employment History**
Plaintiff is not married and does not have a spouse.

**Question 4 - Cash, Bank Accounts**
Plaintiff has no cash, no bank accounts, and no funds in any other financial institutions.

**Question 5 - Assets**
Plaintiff does not possess any significant assets. Any prior property has been lost, stolen, or otherwise inaccessible.

**Question 6 - Money Owed to Applicant**
Plaintiff is not aware of any money owed.

**Question 7 - Persons Reliant on Applicant**
There are no persons reliant on Plaintiff.

**Question 8 - Expenses**
Plaintiff does not have regular financial expenses due to lack of income. Basic necessities such as food are obtained through food banks and occasional assistance from others.

**ATTACHMENT TO LONG FORM IFP APPLICATION (AO 239)    Page 2 of 2**
Plaintiff: **Shane Edward Sipe**
Case No.: **2:26-cv-00060-GMN-MDC**

**Question 9 - Expected Changes in Income/Expenses**
Plaintiff does not expect any definite changes to income or expenses within the next 12
months. Any potential recovery in this litigation is uncertain and speculative.

**Question 10 - Expenses in Conjunction with this Lawsuit**
Plaintiff has not spent and does not expect to spend any money for expenses or attorney
fees in connection with this lawsuit due to lack of financial resources.

I declare under penalty of perjury that the foregoing is true and correct.

Shane Edward Sipe, Pro Se
Mailing Address Only: 3925 Six Gun Rd. North Las Vegas, Nevada 89032
702-372-4022
shane_sipe@outlook.com


/s/ Shane Edward Sipe
March 25, 2026